IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

PARKERSBURG DIVISION

SANDRA MARTIN,

        Plaintiff,

v.    CIVIL ACTION NO. 6:06-cv-00011

LINDA McMAHON
Commissioner of Social Security,

        Defendant.

**ORDER**

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Mary E. Stanley, United States Magistrate Judge, for submission to this court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the court grant the plaintiff's motion for judgment on the pleadings and deny the defendant's motion for judgment on the pleadings.

Neither party has filed objections to the Magistrate Judge's findings and recommendation.

Accordingly, the court **ADOPTS** and incorporates herein the findings and recommendation of the Magistrate Judge. The court **GRANTS** the plaintiff's motion for judgment on the pleadings, **DENIES** the defendant's motion for judgment on the pleadings, **REVERSES** the final decision of the Commissioner, **REMANDS** this case for further proceedings consistent with the Magistrate Judge's findings and recommendation, and **DISMISSES** this action for the docket of the court.

The court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge Stanley, counsel of record, and any unrepresented parties.

ENTER:       March 5, 2007

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE